**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-7503**

―――――――――

ALFRED T. WALKER,

                       Petitioner – Appellant,

        v.

WARDEN LEROY CARTLEDGE,

                       Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Mary G. Lewis, District Judge.
(6:12-cv-01450-MGL)

―――――――――

Submitted:  January 21, 2014        Decided:  January 24, 2014

―――――――――

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Alfred T. Walker, Appellant Pro Se. Donald John Zelenka, Senior
Assistant Attorney General; William Edgar Salter, III, Assistant
Attorney General, Columbia, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred T. Walker seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing as untimely his 28 U.S.C. § 2254 (2012) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Walker has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>